1 | WILMER CUTLER PICKERING
2 |    HALE AND DORR LLP
2 | Michael A. Mugmon, Esq. (SBN 251958)
3 | michael.mugmon@wilmerhale.com
3 | 950 Page Mill Road
4 | Palo Alto, CA 94304
4 | Telephone: (650) 858-6000
5 | Facsimile: (650) 858-6100

6 | *Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| Arthur P. Harding II, | Case No. 3:15-cv-04015-JD |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| JPMorgan Chase Bank, N.A., | |
| Defendant. | |

Case No. 15-cv-04015-JD
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1 | Plaintiff Arthur P. Harding II ("Harding") and Defendant Chase Bank USA, N.A.
2 | ("Chase"), incorrectly sued as JPMorgan Chase Bank, N.A. (collectively with Plaintiff, the
3 | "Parties"), by and through the undersigned attorneys hereby agree and stipulate as follows:
4 | WHEREAS the Court entered an Order conditionally dismissing the case without
5 | prejudice on February 9, 2016 (Dkt. #32);
6 | WHEREAS, the parties executed a settlement agreement on or about February 24, 2016.
7 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
8 | the undersigned counsel for all Parties, that the above-captioned action should be dismissed with
9 | prejudice.  The Parties further stipulate that the parties shall bear their own attorneys' fees,
10 | expenses, and costs.
11 | .

**IT IS SO STIPULATED.**

ANDERSON, OGILVIE, & BREWER LLP

Dated:  February 29, 2016         By: */s/Mark F. Anderson*
                                        Mark F. Anderson
                                        *Attorney for Plaintiff*

WILMER CUTLER PICKERING HALE & DORR LLP

Dated:  February 29, 2016         By: */s/Michael A. Mugmon*
                                        Michael A. Mugmon
                                        *Attorney for Defendant*

- 1 -                         Case No. 15-cv-04015-JD
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

**ATTESTATION**

I, Michael A. Mugmon, am the ECF user whose ID and password are being used to file this Stipulation of Dismissal and [Proposed] Order. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mark F. Anderson has concurred in this filing.

Dated: February 29, 2016                 By: */s/Michael A. Mugmon*
                                                          Michael A. Mugmon

**ORDER**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ORDERS:**

The case is dismissed with prejudice.  The parties shall bear their own attorneys' fees, expenses, and costs.

Dated: _____, 2016                          _____
                                                                          Hon. James Donato
                                                                          United States District Judge